Bryan Boone

Vs

The State of Texas

This document contains some pages that are of poor quality at the time of imaging.

The 102nd district Court of Bowie County Texas

Trial Court Cause 11F05

RECEIVED IN COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

## WRIT OF MANDAMUS

Appellant Bryan Boone was finaly convicted of assault or Injury to ELDERY, His Father His final sentence date was 12-11-14, He was sentenced 8 years. Appellant contends his plea is involuntary and he did not know all of the elements it took to convict. Appellant has ask Requested "all" Evidences the state has in its possession as appellant has the right to appeal his conviction. I Bryan Boone issue this writ of Mandamus to force the convicting court to produce all elements used in this conviction There was a seperate sentence date and the court needs to provide all documents involved in this cause. Appellant has the legal right to present a pro-se brief in his own defense please order The convicting 102 District Court of Bowie County Texas To comply

signed Bryan Boone

Dated 8.12.15

# Motion To Appoint Counsel

I Bryan Boone Request This court to Appoint Counsel to Appeal Trial Court Case 11F0573-102 Final conviction 12-11-14 Injury To Elderly. Appellant has the Right To Appeal his final conviction and also has the Right to counsel under Appellate Rule of Appellate Procedure Article 11.07. At This point and Time Appellant Bryan Boone Request All evidence be turned over to him to prepare his brief and his pro-se 11.07 as well as order This court to appoint Counsel as of Right. Appellants plea was involutary and unknowingly made As Appellant did not know all the elements to convict or the governing law. please appoint counsel and release all evidence the state is going to use against this appeal. A copy of This Motion to appoint Counsel, Release of information and Writ of Mandamus all three are being sent together this day of August 2015

signed Bryan Boone
dated 8.12.15

## Unsworn                          Declaration

I Bryan Boone swear under penalties of perjury
The Facts presented in This writ of Mandamus
And appointment of Counsel are True and correct
To The best of my ability

                              issued 8·12·15
                              signature Bryan Boone


## Certificate of Service

I Bryan Boone swear under penalties of
perjury That I am placing this a writ of
Mandamus And Request To Appoint Counsel in
The U.S. Mail on 8-12-15 serving Both The
court of criminal Appeals and the 102nd district
Court of Bowie County Tx.

                              signed Bryan Boone
                              issued      8·12·15
                              Bryan Boone